UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

MARK HOLMES,

    Plaintiff,

vs.

CASE NO.:

COLLIER COUNTY BOARD OF
COMMISSIONERS, as the body
Corporate governing Collier County,
Florida, USA,

2:09-CV-381-FtM-99SPC

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

TO:    The Clerk of the Court
        United States District Court
        Middle District of Florida, Ft. Myers Division

Please take notice that Defendant, COLLIER COUNTY BOARD OF COMMISSIONERS ("Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal of Case No. 09-4391-CA, currently pending in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida. In support of its Notice of Removal, Defendant states as follows:

1. On or about May 19, 2009, Plaintiff filed his Complaint in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, Case No. 09-4391-CA.

2. Plaintiff's Complaint was served upon an agent of the Defendant on or about June 9, 2009.

3. Plaintiff's Complaint filed in the state court purports to state causes of action under 42 U.S.C. § 1983 and 42 U.S.C. § 1988.

4. The action described in Paragraph 1 of this notice is a civil action and contains claims over which this court has original jurisdiction under the provisions of 28 U.S.C. § 1331.

5. Defendant attaches to this notice a copy of the pleadings and process served upon it in the cause.

WHEREFORE, Defendants hereby remove this cause from the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, to this United States District Court for the Middle District of Florida, Ft. Myers Division, enjoining prosecution by Plaintiff in the state court proceedings, and further directing that the state court action shall proceed no further unless and until further order of remand is forthcoming from this Court.

Dated: June 16, 2009

Respectfully submitted,

*Shannon S. Kelly*

Mark E. Levitt
Florida Bar No.: 0193190
Email: mlevitt@anblaw.com
Shannon L. Kelly
Florida Bar No.: 031093
Email: skelly@anblaw.com
ALLEN, NORTON & BLUE, P.A.
1477 W. Fairbanks Ave., Suite 100
Winter Park, FL 32789
Telephone: (407) 571-2152
Facsimile: (407) 571-1496
Counsel for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of June, 2009, a true and correct copy of the foregoing Notice of Removal was served via U.S. MAIL to Samuel C. Gold, Esq., P.O. Box 770824, Naples, FL 34107-0824.

_____
Mark E. Levitt