**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MARK HOLMES,

              Plaintiff,

-vs-                                          Case No. 2:09-cv-381-FtM-36SPC

COLLIER COUNTY BOARD OF
COMMISSIONERS as the body corporate
governing Collier County, Florida, USA,

              Defendant.

_____

**ORDER**

This matter comes before the Court on the Plaintiff Mark Holmes' Unopposed Motion for Extension of Time to Meet to Prepare Pretrial Statement and to File the Pretrial Statement (Doc. #105) filed on March 18, 2011. Pursuant to M.D. Fla. Local Rule 3.01(g), the Plaintiff conferred with the opposing Party who does not object to the requested extension of time.

The Plaintiff moves the Court to enlarge the deadline to meet in person and prepare the final pretrial statement from March 25, 2011 up to March 30, 2011. As grounds, the Plaintiff states the Parties will be in Fort Myers, Florida, to mediate the case before Judge Frazier on March 30, 2011. The Plaintiff's Counsel lives in Fort Myers and the Defense Counsel lives in Orlando, Florida, therefore, the Plaintiff moves the Court to allow the meeting to prepare the final pretrial statement to be extended to March 30, 2011, since both counsel will be in Fort Myers to mediate. Based upon the Plaintiff's memorandum of law, the Court finds good cause to grant the Motion.

The Plaintiff also moves the Court to enlarge the date to file the final pretrial statement from April 5, 2011, up to April 12, 2011. Because the deadline to meet and prepare the final pretrial report will be extended, good cause exists to enlarge the date to file the final pretrial report.

Accordingly, it is now

**ORDERED:**

The Plaintiff Mark Holmes' Unopposed Motion for Extension of Time to Meet to Prepare Pretrial Statement and to File the Pretrial Statement (Doc. #105) is **GRANTED**.

(1) The Parties shall meet in person to prepare the final pretrial statement on **March 30, 2011**, in Fort Myers, Florida.

(2) The Parties shall file their final pretrial statement on or before **April 12, 2011.**

**DONE AND ORDERED** at Fort Myers, Florida, this ⎯⎯21st⎯⎯ day of March, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record