UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARK HOLMES,

        Plaintiff,

-vs-                                                        Case No. 2:09-cv-381-FtM-36SPC

COLLIER COUNTY BOARD OF
COMMISSIONERS as the body corporate
governing Collier County, Florida, USA,

        Defendant.
_____

## ORDER

This matter comes before the Court on the Defendant's Motion In Limine (Doc. 110), filed on April 12, 2011. In its motion, Defendant requests that the Court exclude: (a) a March 30, 2009 letter from the FAA to Dan Summers; (b) evidence related to Plaintiff's alleged loss of a second job and foreclosure of his home; and (c) testimony of Dwaine Parker. Plaintiff filed a memorandum opposing the motion on May 22, 2011 (Doc. 119). A hearing on the motion was held on June 1, 2011.

For the reasons stated on the record at the hearing, Defendant's motion is granted in part, denied in part, and deferred in part. The motion is granted as to the March 30, 2009 FAA letter, unless, at trial, Plaintiff is able to establish that the letter falls within an exception to the hearsay rule. The motion is also granted as to evidence regarding foreclosure of Plaintiff's home.

The motion is denied as to evidence regarding Plaintiff's loss of a second job. The FMLA allows an employee to recover lost wages or actual monetary losses sustained as a direct result of a violation. The Court will allow Plaintiff to present evidence regarding the loss of a second job

sustained as a direct result of the alleged violation  However, Plaintiff will not be able to recover damages for lost wages and actual monetary losses sustained as a direct result of the alleged violation.

Defendant's motion is deferred as to the testimony of Dwaine Parker until the time of trial and presentation of the witness.

Accordingly, it is now

**ORDERED:**

Defendant's Motion In Limine (Doc. 110) is **granted** in part, **denied** in part and **deferred** in part.

**DONE AND ORDERED** at Fort Myers, Florida, this 7th day of June, 2011.

Charlene Edwards Honeywell
United States District Judge

Copies: All Parties of Record