UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

MARK HOLMES,

      Plaintiff,  CASE NO.: 2:09-CV-381-FTM-99SPC

v.

COLLIER COUNTY BOARD OF
 COMMISSIONERS, as the body
Corporate governing Collier County,
Florida, USA.

      Defendant.
_____/

## PLAINTIFF'S TRIAL EXHIBIT LIST

[Note: Inclusion of an exhibit on this list does not constitute a waiver of any objection by Defendant as to an exhibit's authenticity or admissibility in the event Plaintiff seeks to introduce said exhibit.]

| Exhibit Number | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|
| 1. | 06/07/11 | 06/07/11 | John Yates | Statement of John Yates date December 11, 2009 | |
| 2. | 06/07/11 | 06/07/11 | Joe Cook | Statement of Joe Cook dated December 8, 2008 | |
| 3. | | | Scott Wernert | Statement of Mr. Wernert beginning, "I am writing this letter in regards to the termination of mark(sic) Holmes." | |
| 4. | | | Scott Wernert | Memo from Scott Wernert to Frank Millot re: Flight incident of 5/10/2008 | |

Case 2:09-cv-00381-CEH-SPC   Document 161   Filed 06/10/11   Page 2 of 3 PageID 1259
Case 2:09-cv-00381-CEH-SPC   Document 139   Filed 06/06/11   Page 2 of 3 PageID 1232

Page 2 of 3 Pages

| Exhibit Number | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|
| 5. | 06/07/11 | 06/07/11 | Leo Ochs, Mark Holmes, Jeff Page, Dan Summers | August 28, 2008, letter to Mark Holmes from Leo Ochs. | |
| 6. | 06/07/11 | 06/07/11 | Jeff Page, Dan Summers, Amy Lyberg, Mark Holmes | Return to Flight Action Plan signed February 4, 2009. | |
| 7. | 06/07/11 | 06/07/11 | Jeff Page, Dan Summers, Amy Lyberg, Mark Holmes | December 18, 2007 letter to Peter Wiltsie from Mark Holmes. | |
| 8. | | | Dan Summers | Letter dated March 30, 2009, from Mr. Lopez of the FAA to Dan Summers. | R, H |
| 9. | 06/09/11 | 06/09/11 | Mark Holmes, Terry Henderson, Duane Parker, Steve Adams | Flight Altitude data from May 10, 2008. | R, A, H |
| 10. | 06/07/11 | 06/07/11 | Mark Holmes, Loftis Rollins of FAA through deposition designation | Letter from FAA dated March 19, 2009, to Mark Holmes | |
| 11. | 06/07/11 | 06/07/11 | Mark Holmes, Terry Henderson | Memo from Mark Holmes to Terry Henderson, Re; "Great Dock Canoe Race 'Fly Over'"(sic) | |

Case 2:09-cv-00381-CEH-SPC   Document 161   Filed 06/10/11   Page 3 of 3 PageID 1260
Case 2:09-cv-00381-CEH-SPC   Document 139   Filed 06/06/11   Page 3 of 3 PageID 1233

Page 3 of 3 Pages

| Exhibit Number | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|
| 12. | 06/07/11 | 06/07/11 | Mark Holmes, Steve Adams | Re-integration memo signed by Mark Holmes and Steve Adams | |
| 13. | 06/08/11 | 06/08/11 | Mark Holmes | Composite: Tax and income information from Mark Holmes | R, A |

**Deposition designations to be read of Loftis Rollins (see Doc. 130-1)**

**All exhibits listed by Defendant**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Mark E. Levitt, Esq., mlevitt@anblaw.com, Florida Bar No.: 0193190, Allen, Norton & Blue, P.A., 1477 W. Fairbanks Ave., Suite 100, Winter Park, Florida 32789, by hand this 6th day of June, 2011.

/s/SAMUEL C. GOLD
Samuel C. Gold, Esq.
Florida Bar No. 0570141
Counsel for Plaintiff
3948 Upolo Lane
Naples, FL 34119
Telephone: 239-564-9501
Facsimile: 239-236-0457
Email: samgoldlaw@gmail.com